IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEZANDER DELGADO,

        Plaintiff,                     No. 2: 12-cv-0559 MCE KJN P

    vs.

OFFICER WEEKS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the original complaint filed March 2, 2012, as to defendants Hubbard and Vegas.  Plaintiff alleges that on or around June 8, 2011, he was forced to perform oral sex on defendants.  Defendant Hubbard has not yet been served.

        Pending before the court is defendant Vegas's motion to dismiss for failure to exhaust administrative remedies.  For the following reasons, plaintiff is directed to file further briefing.

        In his complaint, plaintiff alleges that on or around June 11, 2011, he prepared a 602 grievance "in regards to being withheld, striped [sic] searched, and consequently deprived from law library access to reply to a writ deadline of 6-13-11 ... as well as plaintiff was forced to perform oral sex to Officer Hubbard and then Officer Vegas." (Dkt. 1 at 5.)  Plaintiff alleges that

1

he stepped out of line during meal time to give the grievance to Sergeant Weaver. (Id.) Plaintiff alleges that Sergeant Weaver ripped up the grievance and stated, "This is not the time for bull shit." (Id.) Plaintiff then went back to his cell and wrote another 602 grievance alleging that defendants had wrongfully taken his appliances. (Id. at 4.) Plaintiff allegedly sent this grievance to a different housing unit where it was processed. (Id.)

In the further briefing, plaintiff is directed to address why he did not include his claim regarding defendants' alleged sexual assault in the grievance filed in the different housing unit addressing defendants' alleged confiscation of his appliances. Plaintiff shall also address why he did not file a new and separate grievance regarding his sexual assault claim in a different housing unit after Sergeant Weaver ripped up his original grievance.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file the further briefing discussed above.

DATED: May 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

del559.fb