UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEZANDER DELGADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER WEEKS, et al.,<br><br>　　　　　Defendants. | No.  2: 12-cv-0559 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 15, 2013, the undersigned recommended that defendant Hubbard be dismissed.  (ECF No. 35.)  On August 30, 2013, plaintiff filed objections to the findings and recommendations.  (ECF No. 36)  Plaintiff alleges that he is housed in administrative segregation ("ad seg").  (Id. at 36 at 1.)  Plaintiff alleges that no one in ad seg is receiving law library access.  (Id. at 2.)  Plaintiff also alleges that prison officials have refused to account for all of his legal property.  (Id.at 2.)  Plaintiff alleges that without adequate law library access and access to his legal property, he cannot respond to the findings and recommendations.

　　　　Plaintiff is granted thirty days to file objections to the August 15, 2013 findings and recommendations.  If plaintiff is unable to prepare his objections due to inadequate law library access and/or inadequate access to his legal property, he shall file a short declaration addressing these matters within thirty days.  Plaintiff's declaration shall discuss whether he is still in ad seg,

1

1 whether he is receiving any law library access, to whom and when any requests for law library
2 access have been made, and to whom and when his requests for access to his legal property have
3 been made. If possible, plaintiff should provide documentation to support his declaration, such as
4 copies of forms requesting law library access and/or requesting access to legal property.

5    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to file either
6 objections to the August 15, 2013 findings and recommendations or a declaration addressing his
7 access to the law library and/or access to his legal property.

8 Dated: October 21, 2013

10 del559.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE