UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEZANDER DELGADO, | No. 2:12-cv-0559 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER WEEKS, et al., | |
| Defendants. | |

On November 30, 2015, plaintiff filed a motion for alternative dispute resolution. However, this civil rights action was closed on March 4, 2014. Therefore, plaintiff's motion is denied. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS HEREBY ORDERED that:

1. Plaintiff's November 30, 2015 motion (ECF No. 43) is denied; and

2. Any subsequent documents filed by plaintiff will be disregarded; no orders will issue in response to such filings.

Dated: December 4, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

delg0559.58